*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, LAWRENCE, and COGLEY
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Qwaydarius D. MᶜLAUGHLIN**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 202000126**

Decided: 17 December 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Terrance J. Reese

Sentence adjudged 31 January 2020 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 150 days,[1] a fine of $3,000.00, reduction to E-1, and a bad-conduct discharge.

For Appellant:
*Commander Michael E. Maffei, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

_____

[1] Pursuant to a plea agreement, the convening authority suspended all confinement in excess of the 136 days' time served.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court